# EXHIBIT C



# STATEMENT

**Page: 1 of 1**
**Date: 06/27/23**
**Customer #: 961880**

## Credit Department

 972 308 9375

 Cindy.Thoele@RexelUSA.com

**Statement Notes:**

**Remit To:**

REXEL
P. O. BOX 840638
DALLAS, TX 75284-0638

**Note:** A late charge consistent with state law will be assesed on all past due balances.

**Rexel USA, Inc FEIN 20-5021845**

| Past Due | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 3,526,237.92 | 0.00 | 6,466.98 | -577.75 | -827.85 | 0.00 | 3,521,176.54 | 3,526,237.92 |

| Date | Invoice Number | Packslip # | Sales Order # | PO Number/Job Name | Due Date | Current Balance | Past Due Balance | Days Past Due |
|---|---|---|---|---|---|---|---|---|
| 08/24/22 | S134462711.001 | | | MCINV-5112 | 09/23/22 | | -31.88 | 277 |
| 09/26/22 | S134769040.001 | | | A20227-W007 | 11/10/22 | 614,004.81 | 614,004.81 | 229 |
| 11/17/22 | S135030463.001 | | | MCINV-W087 | 01/01/23 | 218,445.52 | 218,445.52 | 177 |
| 11/17/22 | S135031209.001 | | | MCINV-W134 | 01/01/23 | 2,686,918.20 | 2,686,918.20 | 177 |
| 01/02/23 | S133569882.001 | | | MCINV-W140 | 02/16/23 | 2,546.28 | 2,546.28 | 131 |
| 01/30/23 | Unapplied CR | | | 698898231 | | | -706.39 | 148 |
| 03/10/23 | S134888092.005 | | | MCINV-SM094 | 04/09/23 | -1,147.80 | -1,147.80 | 79 |
| 03/14/23 | S134543504.001 | | | HMC-SM077 | 04/13/23 | 141.10 | 141.10 | 75 |
| 03/23/23 | S135013767.003 | | | MCINV-JM089 | 04/22/23 | 194.36 | 194.36 | 66 |
| 03/29/23 | S134888092.006 | | | MCINV-SM094 | 04/28/23 | -32.49 | -32.49 | 60 |
| 04/07/23 | S136073565.006 | | | 22730-2903-01 | 04/07/23 | -15.51 | -15.51 | 81 |
| 04/19/23 | S134833659.002 | | | MCINV-5199 | 05/19/23 | 3.02 | 3.02 | 39 |
| 04/19/23 | S135125289.003 | | | MCINV-5248 | 05/19/23 | 39.30 | 39.30 | 39 |
| 05/05/23 | S134602840.012 | | | MCINV-JM011 | 06/04/23 | 6,636.80 | 6,636.80 | 23 |
| 05/08/23 | S136324943.003 | | | HMC-AB1342 | 05/08/23 | -417.90 | -417.90 | 50 |
| 05/09/23 | S136542511.001 | | | MCINV-SM145 | 05/09/23 | -169.68 | -169.68 | 49 |
| 05/10/23 | S135036571.004 | | | MCINV-SM145 | 06/09/23 | -169.82 | -169.82 | 18 |

To ensure timely and proper payment application, please remit payment with detailed remittance advice 7 days prior to due date.

Return bottom portion with payment to:
REXEL
P. O. BOX 840638
DALLAS, TX 75284-0638

**Customer #: 961880**

**Total Amount Due**

**3,526,237.92**



PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

| Invoice Number | Trans Balance | Amount Due | Payment |
|---|---|---|---|
| S134462711.001 | 29,574.06 | -31.88 | |
| S134769040.001 | 666,417.56 | 614,004.81 | |
| S135030463.001 | 268,445.52 | 218,445.52 | |
| S135031209.001 | 2,813,627.1 | 2,686,918.2 | |
| S133569882.001 | 2,546.28 | 2,546.28 | |
| Unapplied CR | 0.00 | -706.39 | |
| S134888092.005 | -1,147.80 | -1,147.80 | |
| S134543504.001 | 141.10 | 141.10 | |
| S135013767.003 | 194.36 | 194.36 | |
| S134888092.006 | -32.49 | -32.49 | |
| S136073565.006 | 0.00 | -15.51 | |
| S134833659.002 | 3.02 | 3.02 | |
| S135125289.003 | 39.30 | 39.30 | |
| S134602840.012 | 6,636.80 | 6,636.80 | |
| S136324943.003 | -417.90 | -417.90 | |
| S136542511.001 | -169.68 | -169.68 | |
| S135036571.004 | -169.82 | -169.82 | |

# REXEL

# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137517271 | 1 of 2 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 1ea | MISC- MISCELLANEOUS CHARGE (EA)<br>.<br>Cancellation charges issued by<br>Wohner for custom, made to order<br>product. Cancelation charge was<br>applied at 100% of material cost<br>for all unshipped product at the<br>time of cancelation:<br>.<br>...Ref. Wohner Inv #00184487<br>...Amount $19562.27<br>.<br>...Ref. Wohner Inv #00184488<br>...Amount $297772.02<br>.<br>.<br>Pn: 162808 | 317334.290/ea | 317334.29 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |

** Continued on Next Page *

Printed By: CWILLIA2 on 9/1/2023 7:42:40 AM EST

# REXEL

# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137517271 | 2 of 2 |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 1ea | MISC- MATERIAL STORAGE FEE | 37542.500/ea | 37542.50 |
| | . | | |
| | Storage fee issued by Noark | | |
| | Electric for pallets of their | | |
| | product stored offsite from Rexel | | |
| | at a 3rd party storage facility. | | |
| | Storage fee cost to RK Mission | | |
| | Critical is 50% of the total | | |
| | billed as only half of what is | | |
| | stored is for RK Mission Critical. | | |
| | . | | |
| | ...Ref Noark Invoice #FTI-0000110 | | |
| | ...Billing Period 09/2022 - 01/2023 | | |
| | ...Inv. Amt $31286.00 | | |
| | ...Amount Due $15643.00 | | |
| | . | | |
| | ...Future Billing Due | | |
| | ...Billing Period 02/2023 - 08/2023 | | |
| | ...Expected Inv. Amount $43799.00 | | |
| | ...Amount Due $21899.50 | | |
| | Pn: 659841 | | |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative. Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability. Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only. Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays. Seller shall not be liable for any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation. A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577

| Subtotal | 354876.79 |
|---|---|
| S&H Charges | 0.00 |
| Sales Tax | 0.00 |
| Total | 354876.79 |

# REXEL

# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 1 of 11 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL |
|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 126541ea | NOA B1H1C20 MINIATURE CIRCUIT BREAKERS B1H UL 489 1P C CURVE 20A 10 KA 277 VAC BOX LUG | 8.160/EA | 1032574.56 |

.

Billing for quantity on-hand at
Rexel as a result of received
purchase order issued
by RK Mission Critical.
Quantities noted to the left of
each line item are due for payment.
Any quantity previously billed
for these items have been deducted
from the origional order qty.
Although previously billed, all
invoices may not be paid in full
and balances are still due.
.

Ref PO:
.

MCINV-W134
Qty Ordered (275517)
Previously Invoiced (148976)
Invoice details as follows:
.

...Inv. S135031209.001

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative. Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability. Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only. Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays. Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation. A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577
** Continued on Next Page **



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 2 of 11 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL |
|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| | ...Inv. Date 11/17/22 | | |
| | ...Qty. 148976 | | |
| | ...Payment/Check: "Not Paid" | | |
| | ...Inv. Amount $2813627.16 | | |
| | . | | |
| | . | | |
| | Pn: 1870669 | | |
| | UPC: | | |

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's  manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer.  Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577

** Continued on Next Page *

# REXEL

# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 3 of 11 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 397ea | NOA M2N200T3L MCCB UL 489 M2N 200A<br>FRAME SIZE 100 KA @ 240 VAC 200A 3P<br>LUG LINE/LOAD SIDE<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (477)<br>Previously Invoiced (80)<br>Invoice details as follows:<br>.<br>...Inv. S135031209.001<br>...Inv. Date 11/17/2022<br>...Qty. 50<br>...Payment/Check "Not Paid"<br>...Inv. Amount $2813627.16<br>Pn: 1870671<br>UPC: | 190.000/EA | 75430.00 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577
** Continued on Next Page *

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |

Printed By: CWILLIA2 on 9/1/2023 7:42:40 AM EST



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|----------|--------------|----------|
| Upon Receipt | S137236863 | 4 of 11 |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

| CUST PO#: | See PO Reference by Line Item |
|-----------|-------------------------------|
| JOB/REL#: | |

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|-----------------|-----------------|------------|---------------------|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|--------|---------------|--------------|--|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|--------------------|----------|-------|--------------|-----------------|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|-----------|-------------|------------|-----------|
| 477ea | NOA RHD22N1 ROTARY HANDLE DIRECTGREY/GREEN M2 GREY/GREEN IP30 . Ref PO: . MCINV-W134 Qty Ordered (477) Pn: 1870673 UPC: | 30.000/EA | 14310.00 |

| | | Subtotal | |
|--|--|----------|--|
| | | S&H Charges | |
| | | Sales Tax | |
| | | Total | |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's  manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer.  Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577
** Continued on Next Page *

# REXEL

# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 5 of 11 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 5295ea | NOA EX9S32A10A MANUAL MOTOR STARTER 32 A ROTARY HANDLE 10A 6-10A<br><br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (6685)<br>Previously Invoiced (1390)<br>Invoice details as follows:<br>.<br>...Inv. S135031209.001<br>...Inv. Date 11/17/22<br>...Qty. 1390<br>...Payment/Check: "Not paid"<br>...Inv Amount $2813627.16<br>.<br>.<br>Pn: 1870676<br>UPC: | 63.000/EA | 333585.00 |

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative. Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability. Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only. Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays. Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation. A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577
** Continued on Next Page *

Printed By: CWILLIA2 on 9/1/2023 7:42:40 AM EST



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 6 of 11 |

**REXEL 2530 HOU HOUSTON**
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 6097ea | NOA M2N250T3L MCCB UL 489 M2N 250 A FRAME SIZE 100 KA @ 240 VAC 250A 3P LUG LINE/LOAD SIDE<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (6685)<br>Previously Invoiced (588)<br>Payment Details as follows:<br>.<br>...Inv. S135031209.001<br>...Inv. Date  11/17/2022<br>...Paid "Not Paid"<br>...Qty. 588<br>...Payment/Check: "Not Paid"<br>...Amount $2813627.16<br>.<br>.<br>Pn: 1900715<br>UPC: | 260.000/EA | 1585220.00 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer.  Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 7 of 11 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 42703ea | WOH USCCB60-5 COMB-TYPE BUSBAR 5-PIN<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (45661)<br>.<br>.<br>Pn: 1932551<br>UPC: | 7.770/EA | 331802.31 |
| 53901ea | WOH 01285 UNIVERSAL TERMINAL AWG 10-2<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (58776)<br>.<br>.<br>Pn: 1953268<br>UPC: | 1.380/EA | 74383.38 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's  manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577
** Continued on Next Page *

Printed By: CWILLIA2 on 9/1/2023 7:42:40 AM EST

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 8 of 11 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 477ea | WOH USCCB60-3 COMB TYPE BUSSBAR 3-PIN<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (13069)<br>Pn: 1954088<br>UPC: | 7.930/EA | 3782.61 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's  manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577
** Continued on Next Page *

| Subtotal | |
|---|---|
| S&H Charges | |
| Sales Tax | |
| Total | |

Printed By: CWILLIA2 on 9/1/2023 7:42:40 AM EST



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 9 of 11 |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 1470ea | NOA M5N800T3L MCCB UL 489 M5N 800 A FRAME SIZE 100 KA @ 240 VAC 800A 3P LUG LINE/LOAD SIDE<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (2387)<br>Previously Invoiced (368)<br>Invoioce details as follows:<br>.<br>...Inv. S135031209.001<br>...Inv. Date  11/17/2022<br>...Qty. 368<br>...Payment/Check: "Not Paid"<br>...Inv. Amount $2813627.16<br>.<br>.<br>Pn: 1966176<br>UPC: | 1059.310/EA | 1557185.70 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577

** Continued on Next Page *

| Subtotal | |
|---|---|
| S&H Charges | |
| Sales Tax | |
| Total | |



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 10 of 11 |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL | |
|---|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com | |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 1742ea | NOA SHT24NA SHUNT TRIP UL 489 M4/M5<br>100-130 VAC<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (2387)<br>Previously Invoiced (500)<br>Invoice details as follows:<br>.<br>...Inv. S135031209.001<br>...Inv. Date 11/17/2022<br>...Qty. 500<br>...Payment/Check: "Not Paid"<br>...Inv. Amount $2813627.16<br>.<br>.<br>Pn: 1966178<br>UPC: | 13.750/EA | 23952.50 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative. Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability. Many of Seller's manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only. Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays. Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation. A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577

| | |
|---|---|
| Subtotal | |
| S&H Charges | |
| Sales Tax | |
| Total | |

** Continued on Next Page *



# Invoice

| DUE DATE | QUOTE NUMBER | PAGE NO. |
|---|---|---|
| Upon Receipt | S137236863 | 11 of 11 |

| CUST PO#: | See PO Reference by Line Item |
|---|---|
| JOB/REL#: | |

REXEL 2530 HOU HOUSTON
521 HIGHWAY 90A, SUITE 100
MISSOURI CITY, TX 77489-1320
713-316-1700
Fax 713-686-8906

QUOTE TO:

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

SHIP TO:

RK MISSION CRITICAL
20101 E 36TH DR
AURORA, CO 80011-8140

| CUSTOMER NUMBER | CUSTOMER PHONE# | ORDERED BY | OUTSIDE SALESPERSON |
|---|---|---|---|
| 961887 | 267-249-8533 | John  Marrinucci | John Walker |

| WRITER | WRITER PHONE# | WRITER EMAIL |
|---|---|---|
| Emilio Natividad | 713 939 5167 | Emilio.Natividad@rexelusa.com |

| INSIDE SALESPERSON | SHIP VIA | TERMS | INVOICE DATE | FREIGHT ALLOWED |
|---|---|---|---|---|
| Emilio Natividad | | Net 30 | 09/6/2023 | Yes |

| ORDER QTY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 6678ea | WOH USCCB60-6 6-PIN BUSBAR<br>.<br>Ref PO:<br>.<br>MCINV-W134<br>Qty Ordered (6678)<br>.<br>.<br>Pn: 1976341<br>UPC: | 9.720/EA | 64910.16 |

Prices are subject to change at any time prior to shipment unless agreed to otherwise in writing signed by an authorized Seller representative.  Orders related to this quotation must be received, accepted and released by Seller within 48 hours of issuance of the quotation and are subject to availability.  Many of Seller's  manufacturing partners have advised that until further notice they reserve the right to amend the delivery date, price, scope and quantity of supply and/or other terms and conditions set out in their offer or quotation and Seller equally reserves the right to pass through any such changes from its manufacturing partners to the Buyer. Delivery dates are estimated only.  Seller shall not be liable for failure to meet such dates resulting from product shortages or manufacturing delays.  Be advised that Seller considers any changes imposed by its manufacturing partners and other vendors outside of Seller's reasonable control and therefore subject to Force Majeure provisions or similar common law doctrines such as "frustration" or "impossibility".
Seller's Standard Terms and Conditions of Sale are incorporated by reference into this quotation.  A copy of the most current version of Seller's Standard Terms and Conditions of Sale is available at https://www.rexelusainc.com/terms/terms.html
Full phone support at (888) 739-3577
** Continued on Next Page *

| Subtotal | 5097136.22 |
|---|---|
| S&H Charges | |
| Sales Tax | |
| Total | 5097136.22 |



# Credit Memo

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/20/23 | S136896272.002 |

REXEL 3201 DENVER NORTHEAST
18150 EAST 32ND PL UNIT B-500
AURORA, CO 80011-3315
Phone: 303-728-5888

**REMIT TO:**

REXEL
U.S. Mail: P. O. BOX 840638 DALLAS TX 75284-0638
ACH: Bank of America Rt# 111000012 A/C#:3751629504
ACH Remittance: Send to CASHAR@rexelusa.com
Online: Login to your account at rexelusa.com

Rexel USA, Inc FEIN 20-5021845

**BILL TO ADDRESS:**

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER CO 80238-3306

**SHIP TO ADDRESS:**

RK MISSION CRITIC/COMPUTE NORTH
20101 E 36TH DR
UNIT A
AURORA CO 80011-8142

| CUSTOMER NO. | CUSTOMER PO NO. | ORDER DATE | ORDERED BY | CUSTOMER RELEASE NO. |
|---|---|---|---|---|
| 1165099 | MCINV-W060 | 06/23/23 | Wendy Passno | Compute north |

| SALESPERSON CONTACT | SHIP METHOD | JOB NAME | TERMS | SHIP DATE | DUE DATE |
|---|---|---|---|---|---|
| Daniel Barnes | HUB TRUCK | | Net 45 Days | 07/20/23 | 09/03/23 |

| Line | Customer/Rexel Part Number | Quantity Ordered | Quantity Shipped | UNIT PRICE /Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|
| 1 | ILS PBTD-10-350 INSUL AL MECH (10) 350-6 DUALT UL CSA<br>** Original Sale : S136896272.001 **<br>** Cus PO: MCINV-W060 ** | (1) | (1) | 94.3100/EA | (94.31) | N |

Thank you for your business!

CREDIT DEPARTMENT
Cindy Thoele 0028

Cindy.Thoele@RexelUSA.com
972 308 9375

Please consult the Rexel USA, Inc. Terms and
Conditions of sale at the following:
http://www.rexelusa.com/usr/termsAndconditions

| | |
|---|---|
| SUBTOTAL | (94.31) |
| STATE TAX | 0.00 |
| COUNTY TAX | 0.00 |
| CITY TAX | 0.00 |
| OTHER TAX | 0.00 |
| TOTAL TAX | 0.00 |
| SHIPPING & HANDLING | 0.00 |
| **Total Amount Due** | **(94.31)** |

Note: A late charge consistent with state law will be assessed on all past due balances.

**All Transactions are in US Dollars (USD)**

| PAGE NO. |
|---|
| 1 of 1 |



# Invoice

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/28/23 | S136896272.001 |

REXEL 3201 DENVER NORTHEAST
18150 EAST 32ND PL UNIT B-500
AURORA, CO 80011-3315
Phone: 303-728-5888

**REMIT TO:**

REXEL
U.S. Mail: P. O. BOX 840638 DALLAS TX 75284-0638
ACH: Bank of America Rt# 111000012 A/C#:3751629504
ACH Remittance: Send to CASHAR@rexelusa.com
Online: Login to your account at rexelusa.com

Rexel USA, Inc FEIN 20-5021845

**BILL TO ADDRESS:**

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER CO 80238-3306

**SHIP TO ADDRESS:**

RK MISSION CRITIC/COMPUTE NORTH
20101 E 36TH DR
UNIT A
AURORA CO 80011-8142

| CUSTOMER NO. | CUSTOMER PO NO. | ORDER DATE | ORDERED BY | CUSTOMER RELEASE NO. |
|---|---|---|---|---|
| 1165099 | MCINV-W060 | 06/23/23 | Wendy Passno | Compute north |

| SALESPERSON CONTACT | SHIP METHOD | JOB NAME | TERMS | SHIP DATE | DUE DATE |
|---|---|---|---|---|---|
| Daniel Barnes | HUB TRUCK | | Net 45 Days | 06/28/23 | 08/12/23 |

| Line | Customer/Rexel Part Number | Quantity Ordered | Quantity Shipped | UNIT PRICE /Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|
| 1 | ILS PBTD-10-350 INSUL AL MECH (10) 350-6 DUALT UL CSA | 3,621 | 3,621 | 94.3100/EA | 341,496.51 | Y |

Thank you for your business!

CREDIT DEPARTMENT
Cindy Thoele 0028

Cindy.Thoele@RexelUSA.com
972 308 9375

Please consult the Rexel USA, Inc. Terms and
Conditions of sale at the following:
http://www.rexelusa.com/usr/termsAndconditions

| | |
|---|---|
| SUBTOTAL | 341,496.51 |
| STATE TAX | 0.00 |
| COUNTY TAX | 0.00 |
| CITY TAX | 0.00 |
| OTHER TAX | 0.00 |
| TOTAL TAX | 0.00 |
| SHIPPING & HANDLING | 0.00 |
| **Total Amount Due** | **341,496.51** |

Note: A late charge consistent with state law will be assessed on all past due balances.

**All Transactions are in US Dollars (USD)**

Page 1 of 1



# INVOICE

| Customer Number | Invoice Number | Invoice Date | Total Due | Due Date |
|---|---|---|---|---|
| 1165099 | **S133569882.001** | 01/02/23 | 2,546.28 | 02/16/23 |

Rexel USA, Inc. FEIN 20-5021845

**BILL TO ADDRESS**
RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER CO 80238-3306

**SHIP TO ADDRESS**
RK MISSION CRITIC/COMPUTE NORTH
20101 E 36TH DR
UNIT A
AURORA CO 80011-8142

**PICK UP ADDRESS**
REXEL 3217 DHN DENVER
11175 E 55TH AVE, SUITE 100
DENVER CO 80239-2034

**ORDER DATE**
12/22/22

**ORDERED BY**
Wendy Passno

**DATE SHIPPED**
01/02/23

**REFERENCE**
Rel3

**PO NUMBER**
MCINV-W140

**UPS/FEDEX TRACKING #**

**SHIP METHOD**
WILL CALL

**SALES REP.**
HOUSE

**PAYMENT TERMS: Net 45 Days**

## Branch Contact Information

📱 303-728-5888

✉️ 18150 EAST 32ND PL UNIT B-500
AURORA CO 80011-3315

| Line | Customer/Rexel Part Number | Description | PO Line # | Quantity Ordered | Quantity Shipped | Unit Price | Per | Extended Price | TAX Y/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 256018 | COP THHN250STRBLK-CUT THHN-250-STR-BLK-CUTTING /RANDOMS <br><br> Cuts: 1 @ 100 ea <br> Cut_Group: COIL | | 100 | 100 | 6,365.7300 | M | 636.57 | N |
| 2 | 1293960 | COP THHN250STRBLU-CUT MASTER CUTTING REEL <br><br> Cuts: 1 @ 100 ea <br> Cut_Group: COIL | | 100 | 100 | 6,365.7300 | M | 636.57 | N |
| 3 | 1293961 | COP THHN250STRBRN-CUT MASTER CUTTING REEL <br><br> Cuts: 1 @ 100 ea <br> Cut_Group: COIL | | 100 | 100 | 6,365.7300 | M | 636.57 | N |
| 4 | 1293963 | COP THHN250STRGRY-CUT MASTER CUTTING REEL <br><br> Cuts: 1 @ 100 ea <br> Cut_Group: COIL | | 100 | 100 | 6,365.7300 | M | 636.57 | N |

*A late charge consistent with state law will be assessed on all past due accounts.*

**Send Payments To:**



CORRESPONDENCE
PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

**REXEL**
**P. O. BOX 840638**
**DALLAS TX 75284-0638**

| **CREDIT DEPARTMENT** <br> **972 308 9375** <br><br> **Cindy.Thoele@ RexelUSA.com** | SUBTOTAL | 2,546.28 |
|---|---|---|
| | STATE TAX | 0.00 |
| | COUNTY TAX | 0.00 |
| | CITY TAX | 0.00 |
| | OTHER TAX | 0.00 |
| | TOTAL TAX | 0.00 |
| | SHIPPING & HANDLING | 0.00 |
| PLEASE VISIT **WWW.REXELUSA.COM** FOR TERMS AND CONDITIONS APPLYING TO ALL TRANSACTIONS. THANK YOU. | **TOTAL AMOUNT DUE** | **2,546.28** |

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER CO 80238-3306

**Cust #**   1165099
**Invoice #**   S133569882.001

# REXEL

## ** REPRINT ** REPRINT          Invoice

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/24/2022 | S134462711.001 |

REXEL 3201 DENVER NORTHEAST
18150 EAST 32ND PL UNIT B-500
AURORA, CO 80011-3315
303-728-5888
Fax

Rexel USA, Inc FEIN 20-5021845

| REMIT TO: |
|---|
| REXEL |
| U.S. Mail: P. O. BOX 840638 DALLAS, TX 75284-0638 |
| ACH: Bank of America Rt# 111000012 A/C#: 3751629504 |
| ACH Remittance: Send to CASHAR@rexelusa.com |
| Online: Login to your account at rexelusa.com |

**BILL TO ADDRESS:**

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

**SHIP TO ADDRESS:**

RK MISSION CRITIC/COMPUTE NORTH
17450 E 32ND PL
AURORA, CO 80011-3330

| CUSTOMER NO. | CUSTOMER PO NO. | ORDER DATE | ORDERED BY | CUSTOMER RELEASE NO. |
|---|---|---|---|---|
| 1165099 | MCINV-5112 | 08/22/2022 | Timothy  Schloffman | |

| SALESPERSON CONTACT | SHIP METHOD | JOB NAME | TERMS | SHIP DATE | DUE DATE |
|---|---|---|---|---|---|
| Freddy Torres | HUB TRUCK | | 1% 20 Days, Net 30 Days | 08/24/2022 | 09/23/2022 |

| Line | Customer/Rexel Part Number | Quantity Ordered | Quantity Shipped | UNIT PRICE/Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|
| 1 | COP THHN12STRPUR500RL THHN-12-PUR-19STR-CU-500S/R Pn: 94562 | 2000 | 2000 | 202.913/M | 405.83 | N |
| 2 | EGS PB-100-D NEER 1/2 105D PLSTC INSBSH Pn: 35449 | 72 | 72 | 0.099/EA | 7.13 | N |
| 3 | EGS PB-200-D NEER 3/4 105D PLSTC INSBSH Pn: 35588 | 48 | 48 | 0.140/EA | 6.72 | N |
| 4 | NIP GRC150X600 1-1/2X6-GALV-NIP Pn: 36758 | 36 | 23 | 880.477/C | 202.51 | N |
| 5 | NIP GRC150X200 1-1/2X2-GALV-NIP Pn: 36911 | 8 | 8 | 420.450/C | 33.64 | N |
| 6 | AI 456 *2-1/2IN GR.BUSH.LAY-INLG Pn: 140459 | 3 | 3 | 796.827/C | 23.90 | N |
| 7 | AI 457 *3IN GR.BUSHG-LAY-IN LUG Pn: 5486 | 888 | 24 | 1085.686/C | 260.56 | N |
| 8 | COP THHN12STRPNK500RL THHN-12-PNK-19STR-CU-500S/R Pn: 94563 | 1000 | 1000 | 202.913/M | 202.91 | N |
| 9 | COP THHN10STRBRN500RL THHN-10-BRN-19STR-CU-500S/R Pn: 68502 | 500 | 500 | 310.312/M | 155.16 | N |
| 10 | COP THHN10STRORN500RL THHN-10-ORN-19STR-CU-500S/R Pn: 68519 | 500 | 500 | 310.312/M | 155.16 | N |
| 11 | COP THHN10STRYEL500RL THHN-10-YEL-19STR-CU-500S/R Pn: 68946 | 500 | 500 | 310.312/M | 155.16 | N |

** Continued on Next Page *

CREDIT DEPARTMENT
Cindy Thoele 0028

Cindy.Thoele@RexelUSA.com

972 308 9375

Please consult the Rexel USA, Inc. Terms and Conditions of sale at the following: http://www.rexelusa.com/usr/termsAndconditions

| | |
|---|---|
| SUBTOTAL | |
| STATE TAX | |
| COUNTY TAX | |
| CITY TAX | |
| OTHER TAX | |
| TOTAL TAX | |
| SHIPPING & HANDLING | |
| PAYMENTS | |
| **Total Amount Due** | |

**Discount amount is $295.74**
**If paid on or before 09/13/2022, pay $-327.62**
**If paid after 09/23/2022, pay $-31.88**

Note: A late charge consistent with state law will be assessed on all past due balances.

## All Transactions are in US Dollars (USD)

Printed By: WHARTE on 10/10/2023 10:16:35 AM

| PAGE NO. |
|---|
| 1 of 3 |

# REXEL

**\*\* REPRINT \*\* REPRINT**  **Invoice**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/24/2022 | S134462711.001 |

REXEL 3201 DENVER NORTHEAST
18150 EAST 32ND PL UNIT B-500
AURORA, CO 80011-3315
303-728-5888
Fax

Rexel USA, Inc FEIN 20-5021845

**REMIT TO:**

REXEL
U.S. Mail: P. O. BOX 840638 DALLAS, TX 75284-0638
ACH: Bank of America Rt# 111000012 A/C#: 3751629504
ACH Remittance: Send to CASHAR@rexelusa.com
Online: Login to your account at rexelusa.com

**BILL TO ADDRESS:**

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

**SHIP TO ADDRESS:**

RK MISSION CRITIC/COMPUTE NORTH
17450 E 32ND PL
AURORA, CO 80011-3330

| CUSTOMER NO. | CUSTOMER PO NO. | ORDER DATE | ORDERED BY | CUSTOMER RELEASE NO. |
|---|---|---|---|---|
| 1165099 | MCINV-5112 | 08/22/2022 | Timothy  Schloffman | |

| SALESPERSON CONTACT | SHIP METHOD | JOB NAME | TERMS | SHIP DATE | DUE DATE |
|---|---|---|---|---|---|
| Freddy Torres | HUB TRUCK | | 1% 20 Days, Net 30 Days | 08/24/2022 | 09/23/2022 |

| Line | Customer/Rexel Part Number | Quantity Ordered | Quantity Shipped | UNIT PRICE /Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|
| 12 | COP THHN8STRGRN-CUT<br>THHN 8 STR GREEN MASTER CUTTING<br>REEL<br>Cuts: 1 @ 2500 ea<br>Cut_Group: REEL<br>Pn: 682463 | 2500 | 2500 | 563.329/M | 1408.32 | N |
| 13 | COP THHN6STRGRN-CUT<br>GREEN MASTER CUTTING REEL<br>Cuts: 1 @ 540 ea<br>Cut_Group: REEL<br>Pn: 682645 | 540 | 540 | 866.717/M | 468.03 | N |
| 14 | COP THHN2STRGRN-CUT<br>THHN-2-STR-GRN-CUTTING/RANDOMS<br>Cuts: 1 @ 960 ea<br>Cut_Group: REEL<br>Pn: 682570 | 960 | 960 | 2093.965/M | 2010.21 | N |
| 15 | COP THHN1STRGRN-CUT<br>GREEN MASTER CUTTING REEL<br>Cuts: 1 @ 660 ea<br>Cut_Group: REEL<br>Pn: 1294018 | 660 | 660 | 2341.526/M | 1545.41 | N |
| 16 | COP THHN1STRBRN-CUT<br>BROWN MASTER CUTTING REEL<br>Cuts: 1 @ 2400 ea<br>Cut_Group: REEL<br>Pn: 1294017 | 2400 | 2400 | 2341.526/M | 5619.66 | N |
| 17 | COP THHN1STRORN-CUT<br>ORANGE MASTER CUTTING REEL<br>Cuts: 1 @ 2400 ea<br>Cut_Group: REEL<br>Pn: 1294020 | 2400 | 2400 | 2341.526/M | 5619.66 | N |

**\*\* Continued on Next Page \***

CREDIT DEPARTMENT
Cindy Thoele 0028

Cindy.Thoele@RexelUSA.com

972 308 9375

Please consult the Rexel USA, Inc. Terms
and Conditions of sale at the following:
http://www.rexelusa.com/usr/termsAndconditi
ons

| SUBTOTAL | |
|---|---|
| STATE TAX | |
| COUNTY TAX | |
| CITY TAX | |
| OTHER TAX | |
| TOTAL TAX | |
| SHIPPING & HANDLING | |
| PAYMENTS | |
| **Total Amount Due** | |

**Discount amount is $295.74**
**If paid on or before 09/13/2022, pay $-327.62**
**If paid after 09/23/2022, pay $-31.88**

Note: A late charge consistent with state law will be assessed on all past due balances.

**All Transactions are in US Dollars (USD)**

| PAGE NO. |
|---|
| 2 of 3 |

Printed By: WHARTE on 10/10/2023 10:16:35 AM

**\*\* REPRINT \*\* REPRINT**     **Invoice**

# REXEL

REXEL 3201 DENVER NORTHEAST
18150 EAST 32ND PL UNIT B-500
AURORA, CO 80011-3315
303-728-5888
Fax

Rexel USA, Inc FEIN 20-5021845

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/24/2022 | S134462711.001 |

| REMIT TO: |
|---|
| REXEL |
| U.S. Mail: P. O. BOX 840638 DALLAS, TX 75284-0638 |
| ACH: Bank of America Rt# 111000012 A/C#: 3751629504 |
| ACH Remittance: Send to CASHAR@rexelusa.com |
| Online: Login to your account at rexelusa.com |

**BILL TO ADDRESS:**

RK MISSION CRITICAL
ATTN: ACCOUNTS PAYABLE
3800 XANTHIA ST
DENVER, CO 80238-3306

**SHIP TO ADDRESS:**

RK MISSION CRITIC/COMPUTE NORTH
17450 E 32ND PL
AURORA, CO 80011-3330

| CUSTOMER NO. | CUSTOMER PO NO. | ORDER DATE | ORDERED BY | CUSTOMER RELEASE NO. |
|---|---|---|---|---|
| 1165099 | MCINV-5112 | 08/22/2022 | Timothy  Schloffman | |

| SALESPERSON CONTACT | SHIP METHOD | JOB NAME | TERMS | SHIP DATE | DUE DATE |
|---|---|---|---|---|---|
| Freddy Torres | HUB TRUCK | | 1% 20 Days, Net 30 Days | 08/24/2022 | 09/23/2022 |

| Line | Customer/Rexel Part Number | Quantity Ordered | Quantity Shipped | UNIT PRICE/Per | EXT PRICE | TAX Y/N |
|---|---|---|---|---|---|---|
| 18 | COP THHN1STRYEL-CUT<br>YELLOW MASTER CUTTING REEL<br>Cuts: 1 @ 2400 ea<br>Cut_Group: REEL<br>Pn: 1293953 | 2400 | 2400 | 2341.526/M | 5619.66 | N |
| 19 | COP THHN4/0STRGRN-CUT<br>THHN-4/0-GRN-19STR-CU-CUT<br>Cuts: 1 @ 1020 ea<br>Cut_Group: REEL<br>Pn: 1259526 | 1020 | 1020 | 5563.168/M | 5674.43 | N |
| | Prior Deposit on 10/14/2022 | | -29605.94 | | | |

08/24/2022 10:28:00 AM

Dorin     S134462711.001

| Tracking Numbers |
|---|
| 00863253 |

| | |
|---|---|
| CREDIT DEPARTMENT<br>Cindy Thoele 0028<br><br>Cindy.Thoele@RexelUSA.com<br><br>972 308 9375<br><br>Please consult the Rexel USA, Inc. Terms and Conditions of sale at the following: http://www.rexelusa.com/usr/termsAndconditions | SUBTOTAL    29,574.06<br>STATE TAX    0.00<br>COUNTY TAX    0.00<br>CITY TAX    0.00<br>OTHER TAX    0.00 |

| | |
|---|---|
| TOTAL TAX | 0.00 |
| SHIPPING & HANDLING | 0.00 |
| PAYMENTS | -29605.94 |
| **Total Amount Due** | **-31.88** |

**Discount amount is $295.74**
**If paid on or before 09/13/2022, pay $-327.62**
**If paid after 09/23/2022, pay $-31.88**

Note: A late charge consistent with state law will be assessed on all past due balances.

**All Transactions are in US Dollars (USD)**

| PAGE NO. |
|---|
| 3 of 3 |

Printed By: WHARTE on 10/10/2023 10:16:35 AM